UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>PABLO VARGAS,<br><br>    Defendant. | No. 2:17-cr-00155 MCE<br><br>ORDER TO SHOW CAUSE |

On September 20, 2017, the undersigned ordered counsel for defendant Vargas to post the previously-ordered property bond on or before September 27, 2017, or face monetary sanctions. The property bond has not been posted. Accordingly, defense counsel Lance Archer is HEREBY ORDERED to personally appear on Friday, October 6, 2017 at 2:00 p.m. in Courtroom No. 24, before the Hon. Carolyn K. Delaney, to SHOW CAUSE why he should not be sanctioned for failure to follow court orders.

DATED: October 4, 2017

/s/ Allison Claire
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

1