T. Lance Archer [174897]
ARCHER & ASSOCIATES
35900 Bob Hope Drive, Suite 170
Rancho Mirage, California 92270
tlaesq@dc.rr.com
Telephone: (760) 328-5002
Facsimile: (760) 328-5900

Attorney for Defendant:
PABLO VARGAS

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>PABLO VARGAS,<br><br>Defendant. | Case No.  2:17-CR-00155<br><br>**WAIVER OF DEFENDANT'S PRESENCE** |

Pursuant to Rule 43 of the Federal Rules of Criminal Procedure, the defendant, Pablo Vargas, hereby waives the right to be present in person in open court upon the hearing of any motion or other proceeding in this case, including, but not limited to, when the case is set for trial, when a continuance is ordered, and when any other action is taken by the court before or after trial, except upon arraignment, plea, empanelment of jury and imposition of sentence. Defendant hereby requests the Court to proceed during every absence of his which the Court may permit pursuant to this waiver; agrees that his interests will be deemed represented at all times by the presence of his attorney, the same as if defendant were personally present; and further agrees to be present in court ready for trial any day and hour the Court may fix in her absence.

1

1      Defendant further acknowledges that he has been informed of his rights under Title 18 U.S.C.

2   §§3161-3174 (Speedy Trial Act), and authorizes his attorney to set times and delays under that Act

3   without defendant being present.

4   Dated: October 16, 2017                                     /s/ Pablo Vargas
                                                                PABLO VARGAS, Defendant
5                                                               (Original Retained by Attorney)

6

7          I agree with and consent to my client's waiver of appearance.

8   Dated: October 16, 2017                                     /s/ T. Lance Archer
                                                                T. LANCE ARCHER, Attorney for Defendant
9

10         IT IS SO ORDERED.

11  Dated:  October 23, 2017

12

13  _____
    MORRISON C. ENGLAND, JR
14  UNITED STATES DISTRICT JUDGE

15

16

17

18

19

20

21

22

23

24

25

26

2