McGREGOR W. SCOTT
United States Attorney
JAMES R. CONOLLY
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:17-CR-00155-MCE |
| Plaintiff, | STIPULATION TO CONTINUE STATUS CONFERENCE AND EXCLUDE TIME PERIODS UNDER SPEEDY TRIAL ACT; ORDER |
| v. | DATE: February 8, 2018 |
| LUIS NUNEZ; PABLO VARGAS; AND GREGORIO NUNEZ, | TIME: 10:00 a.m. COURT: Hon. Morrison C. England, Jr. |
| Defendants. | |

**STIPULATION**

1.    By previous order, this matter was set for status on February 8, 2018.

2.    By this stipulation, the parties move to continue the status conference until March 22, 2018, and to exclude time between February 8, 2018 and March 22, 2018, under Local Code T4.

3.    The parties agree and stipulate, and request that the Court find the following:

a)    The government has represented that it has produced discovery in the form of investigative reports, photographs, and audio files, which the defendants need time to review, discuss with their counsel, and pursue investigation. The government has also represented that it has made available to defense counsel additional electronic surveillance discovery, which the defendants will also need time to review.

b)    Counsel for defendants believe that failure to grant the above-requested continuance would deny counsel the reasonable time necessary for effective preparation, taking

1    into account the exercise of due diligence.

2         c)    Based on the above-stated findings, the ends of justice served by continuing the

3    case as requested outweigh the interest of the public and the defendants in a trial within the

4    original date prescribed by the Speedy Trial Act.

5         d)    For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161,

6    et seq., within which trial must commence, the time period of February 8, 2018 to March 22,

7    2018, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code

8    T4] because it results from a continuance granted by the Court at defendants' request on the basis

9    of the Court's finding that the ends of justice served by taking such action outweigh the best

10   interest of the public and the defendant in a speedy trial.

11        4.    Nothing in this stipulation and order shall preclude a finding that other provisions of the

12   Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial

13   must commence.

14        IT IS SO STIPULATED.

15   Dated:  February 6, 2018                    McGREGOR W. SCOTT
                                                 United States Attorney

16                                               /s/ JAMES R. CONOLLY
17                                               JAMES R. CONOLLY
                                                 Assistant United States Attorney
18

19   Dated:  February 6, 2018                    /s/ Armando Villapudua
                                                 ARMANDO VILLAPUDUA
20                                               Counsel for Defendant
                                                 Luis Nunez
21

22   Dated:  February 6, 2018                    /s/ T. Lance Archer
                                                 T. LANCE ARCHER
23                                               Counsel for Defendant
                                                 Pablo Vargas
24

25   Dated:  February 6, 2018                    /s/ Mario Rodriguez
                                                 MARIO RODRIGUEZ
26                                               Counsel for Defendant
                                                 Gregorio Nunez
27

28

# ORDER

The Court, having received, read, and considered the parties' stipulation, and good cause appearing therefore, adopts the parties' stipulation in its entirety as its order.  It specifically finds the failure to grant a continuance in this case would deny counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court further finds the ends of justice are served by granting the requested continuance and outweigh the best interests of the public and defendant in a speedy trial.

Time from the date the parties stipulated, up to and including March 22, 2018, shall be excluded from computation of time within which the trial of this case must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) (Local Code T4). It is further ordered that the February 8, 2018 status conference shall be continued until March 22, 2018, at 10:00 a.m.

IT IS SO ORDERED.

Dated:  February 8, 2018

MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE