PHILLIP A. TALBERT
United States Attorney
JAMES R. CONOLLY
KEVIN C. KHASIGIAN
Assistant U.S. Attorneys
501 I Street, Suite 10-100
Sacramento, CA  95814
Telephone: (916) 554-2700

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | 2:17-CR-00155-TLN |
|---|---|
| Plaintiff, | |
| v. | PRELIMINARY ORDER OF FORFEITURE |
| PABLO VARGAS, | |
| Defendant. | |

Based upon the Motion for a Preliminary Order of Forfeiture filed by plaintiff United States of America, and for the reasons stated at bar, it is hereby ORDERED, ADJUDGED and DECREED:

1.      The Indictment in this case charged defendant Pablo Vargas with Conspiracy to Distribute Methamphetamine and Cocaine in violation of 21 U.S.C. §§ 846 and 841(a)(1).  The Indictment contains a forfeiture allegation seeking to forfeit all property "which constitutes or is derived from proceeds obtained directly or indirectly," as a result of the criminal offenses pursuant 21 U.S.C. § 853(a).  The United States filed a Bill of Particulars identifying the $46,520.00 in U.S. Currency as property the United States seeks to forfeit "pursuant to the forfeiture provision contained in the Indictment."

2.      On March 31, 2021, defendant Pablo Vargas pled guilty to Count One of the Indictment, charging him with conspiracy to distribute methamphetamine and cocaine.  *See* Docket 170.

3.      On September 9, 2021, the United States filed a Motion for Preliminary Order of Forfeiture to forfeit:  Approximately $46,520.00 in U.S. Currency (seeking forfeiture pursuant to Fed. R. Crim. P.

32.2 and 21 U.S.C. § 853(a)).  On January 7, 2022, the United States filed an *Amended* Motion for Preliminary Order of Forfeiture to forfeit:  Approximately $46,520.00 in U.S. Currency (seeking forfeiture pursuant to Fed. R. Crim. P. 32.2 and 21 U.S.C. § 853(a)).

4. Pursuant to 21 U.S.C. § 853(a), defendant Pablo Vargas's interest in the following property is hereby condemned and forfeited to the United States, to be disposed of according to law:

   a. Approximately $46,520.00 in U.S. Currency, plus any accrued interest.

5. The above-listed property constitutes property used, or intended to be used, in any manner or part, to commit or to facilitate the commission of a violation of 21 U.S.C. §§ 841(a)(1) and 846, and/or represents proceeds of a violation of 21 U.S.C. §§ 841(a)(1) and 846, as represented by defendant Pablo Vargas's guilty plea to Count One of the Indictment.  *See* Docket 170.

6. Pursuant to Rule 32.2(b), the Attorney General (or a designee) shall be authorized to seize the above-listed property.  The aforementioned property shall be seized and held by the U.S. Marshals Service, in its secure custody and control.

7. a. Pursuant to 21 U.S.C. § 853(n) and Local Rule 171, the United States shall publish notice of the order of forfeiture.  Notice of this Order and notice of the Attorney General's (or a designee's) intent to dispose of the property in such manner as the Attorney General may direct shall be posted for at least 30 consecutive days on the official internet government forfeiture site www.forfeiture.gov.  The United States may also, to the extent practicable, provide direct written notice to any person known to have alleged an interest in the property that is the subject of the order of forfeiture as a substitute for published notice as to those persons so notified.

   b. This notice shall state that any person, other than the defendant, asserting a legal interest in the above-listed property, must file a petition with the Court within sixty (60) days from the first day of publication of the Notice of Forfeiture posted on the official government forfeiture site, or within thirty (30) days from receipt of direct written notice, whichever is earlier.

8. The United States is authorized to conduct appropriate discovery and to conduct any necessary ancillary proceedings as provided by 21 U.S.C. § 853(n) as to the rights of third parties who may have an interest in the property forfeited herein.

///

9. If a petition is timely filed, upon adjudication of all third-party interests, if any, this Court will enter a Final Order of Forfeiture pursuant 21 U.S.C. § 853(a), in which all interests will be addressed.

SO ORDERED this 11th day of February, 2022.

_____
Troy L. Nunley
United States District Judge