PHILLIP A. TALBERT
United States Attorney
JAMES R. CONOLLY
KEVIN C. KHASIGIAN
Assistant U.S. Attorneys
501 I Street, Suite 10-100
Sacramento, CA  95814
Telephone: (916) 554-2700

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>PABLO VARGAS,<br><br>Defendant. | 2:17-CR-00155-TLN<br><br>FINAL ORDER OF FORFEITURE |

On February 11, 2022, this Court entered a Preliminary Order of Forfeiture pursuant to the provisions of 21 U.S.C. § 853(a), based upon the Plea Agreement entered into between plaintiff and defendant Pablo Vargas and the *Amended* Motion and Application for Preliminary Order of Forfeiture Against Defendant Pablo Vargas filed by plaintiff United States of America, forfeiting to the United States the following property:

    a.    Approximately $46,520.00 in U.S. Currency, plus any accrued interest.

Beginning on February 12, 2022, for at least 30 consecutive days, the United States published notice of the Court's Order of Forfeiture on the official internet government forfeiture site www.forfeiture.gov.  Said published notice advised all third parties of their right to petition the Court within sixty (60) days from the first day of publication of the notice for a hearing to adjudicate the validity of their alleged legal interest in the forfeited property.

The United States sent direct written notice by certified mail to the following individuals known

to have an alleged interest in the property:

    a. Christina Egson:  A notice letter was sent via certified mail to Christina Egson at P.O. Box 1105, Indio, CA 92202 on February 16, 2022.  The envelope was returned to our office as "vacant, unable to forward" on March 16, 2022.

    b. Blanca Vargas:  A notice letter was sent via certified mail to Blanca Vargas at 83949 Avenida La Luna, Coachella, CA 92236 on February 16, 2022.  The envelope was returned to our office as "forward time exp, return to sender" on February 23, 2022, and the below address was provided.

    c. Blanca Vargas:  A notice letter was sent via certified mail to Blanca Vargas at 85157 Avenida Yucateco, Coachella, CA 92236-3170 on March 11, 2022.  The envelope was returned to our office as "not deliverable as addressed, unable to forward" on April 5, 2022.

The Court has been advised that no third party has filed a claim to the subject property, and the time for any person or entity to file a claim has expired.

Accordingly, it is hereby ORDERED and ADJUDGED:

1. A Final Order of Forfeiture shall be entered forfeiting to the United States all right, title, and interest in the above-listed property pursuant to 21 U.S.C. § 853(a), including all right, title, and interest of Pablo Vargas, Blanca Vargas, and Christina Egson.

2. All right, title, and interest in the above-listed property shall vest solely in the name of the United States of America.

3. The U.S. Marshals Service shall maintain custody of and control over the subject property until it is disposed of according to law.

SO ORDERED this 8th day of June, 2022.

                                            Troy L. Nunley
                                            United States District Judge