HEATHER E. WILLIAMS, SBN #122664
Federal Defender
DAVID M. PORTER, SBN #127024
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA 95814
Telephone: (916) 498-5700
Fax: (916) 498-5710

Attorneys for Defendant
PABLO VARGAS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case No.  2:17-cr-00155-TLN-2 |
|---|---|---|
| Plaintiff, | ) | **UNOPPOSED MOTION TO EXONERATE PROPERTY BOND; ORDER** |
| v. | ) | |
| PABLO VARGAS, | ) | Judge:  Hon. Troy L. Nunley |
| Defendant. | ) | |

Defendant, PABLO VARGAS, by and through his attorney of record, Assistant Federal Defender David M. Porter, hereby requests this Court issue the proposed order attached hereto exonerating the $100,000 property bond in the above-captioned case (ECF No. 57), and reconveying the property to the surety, Ricardo S. Vargas.  The government does not oppose this request.

On August 31, 2017, after a detention hearing, Magistrate Judge Kendal J. Newman ordered that Mr. Vargas be released contingent on a $100,000 bond secured by real property owned by Ricardo S. Vargas.  After some delays in posting, the Bond posted and the Clerk of the Court received the original Deed of Trust on October 11, 2017. (ECF Nos. 55 and 57.)

/ / /

-1-

On February 14, 2022, this Court sentenced Mr. Vargas to a 135-month term of imprisonment, to be followed by a 60-month period of supervised release. On December 23, 2024, the parties stipulated to a reduction of Mr. Vargas's sentence to 108 months. Mr. Vargas is currently in custody at Lompoc II FCI, and his current projected release date is November 12, 2028. Accordingly, Mr. Vargas requests the Clerk of the Court be directed to mail the original Deed of Trust and all relevant documents to the surety, Ricardo S. Vargas.

Undersigned counsel communicated with government counsel, Assistant U.S. Attorney James Conolly, who confirmed that the government has no opposition to this request.

Date:  January 2, 2025

        Respectfully submitted,

        HEATHER E. WILLIAMS
        Federal Defender

        /s/  *David M. Porter*
        DAVID M. PORTER
        Assistant Federal Defender

        Attorneys for Defendant
        PABLO VARGAS

**O R D E R**

The Court has received, reviewed, and considered Defendant Pablo Vargas's motion to exonerate the property bond. The government does not oppose the defendant's motion. The Court finds that Mr. Vargas was released on pretrial supervision pursuant to a $100,000 bond secured by the equity in real property owned by Ricardo S. Vargas. The surety posted the property bond on October 11, 2017.

Good cause appearing therefor, the Court hereby GRANTS the defendant's motion. The Clerk of the Court shall exonerate the property bond in the above-captioned case and reconvey the property to the surety. The Clerk is further directed to mail the original Deed of Trust and all relevant documents to the property owner.

**IT IS SO ORDERED**.

DATED: January 2, 2025

Troy L. Nunley
Chief United States District Judge